# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NUMBER 18CR1189-DMS |
| vs ) | ABSTRACT OF ORDER |
| David Quintana ) | Booking No. 62123298 |

**TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:**

Be advised that under date of __7-6-18__ the Court entered the following order:

- ✓ Defendant be released from custody.
- ___ Defendant placed on supervised / unsupervised probation / supervised release.
- ___ Defendant continued on supervised / unsupervised probation / supervised release.
- ___ Defendant released on $ _____ bond posted.
- ___ Defendant appeared in Court. FINGERPRINT & RELEASE.
- ___ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.
- ___ Defendant sentenced to TIME SERVED, supervised release for _____ years.
- ___ Bench Warrant Recalled.
- ___ Defendant forfeited collateral.
- ___ Case dismissed.
- ✓ Case dismissed, charges pending in case no. __18CR3043-DMS__
- ___ Defendant to be released to Pretrial Services for electronic monitoring.
- ___ Other. _____

**KAREN S. CRAWFORD**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

JOHN MORRILL       Clerk
by
           Deputy Clerk

Received _____ DUSM

E. Silvas
557 2903

Crim-9 (Rev. 8-11)         ★ U.S. GPO: 1996-783-398/40151

**CLERK'S COPY**